**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **Case No. 02-042C**<br>**(Judge Damich)** |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated February 26, 2003, the parties respectfully submit this joint status report regarding our efforts to amicably resolve this action during the stay period. As we indicated in our joint motion to stay, plaintiff has expressed its desire to resolve this matter amicably, following a production of certain cost information that is referenced in the complaint.

Accordingly, on March 26, 2003, defendant's counsel received from plaintiff certain cost information, which plaintiff had maintained pursuant to FAR clause 52.215-2 in support of its claim. Defendant is presently reviewing that information. While we remain hopeful that this matter may be resolved after certain costs expended by plaintiff in performing the contract at issue are verified, as plaintiff noted in its February 20, 2003 unopposed motion to extend the stay, its assembly of the cost information requested by defendant has proved more difficult than initially expected due to the unavailability of certain key executives, who are no longer employed by plaintiff. While

defendant reviews the submission made and discusses it with plaintiff, the parties respectfully request that this matter remain stayed.

Assuming that a settlement is ultimately approved and accepted by both parties, we anticipate the filing of a joint stipulation for the dismissal of this case with prejudice. Additionally, should this action not be resolved by June 25, 2003, we recommend that a joint status report be filed upon that date.

For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert E. Thurbon
ROBERT E. THURBON, ESQ.
THURBON & MCHANEY, LP
3400 Bradshaw Road
Suite B
Sacramento, CA 95827
Tel.: (916) 361-6892
Fax: (916) 361-6861

Attorneys for Plaintiff

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

Attorneys for Defendant

April 21, 2003

April 21, 2003

**CERTIFICATE OF FILING**

I hereby certify that on April 22, 2003, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington