No. 02-42 C

(Filed: April 30, 2003)

****************************************
*
**INTERSTATE CONSTRUCTION, INC.**, *
a California Corporation, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
****************************************

**ORDER**

Pursuant to the Joint Status Report, received on April 21, 2003, it is hereby ORDERED that the stay in this case be extended to allow the parties time to finalize a settlement and submit a joint stipulation for the dismissal of the case with prejudice.

If the case does not settle prior to June 25, 2003, the parties shall submit a joint status report by that date, informing the Court of the status of the case. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the joint status report to Chambers the day the report is filed.

EDWARD J. DAMICH
Chief Judge