No. 02-42 C

(Filed: April 30, 2003)

**************************************
*
**INTERSTATE CONSTRUCTION, INC.**, *
a California Corporation, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
**************************************

## ORDER

Pursuant to the Joint Status Report, received on April 21, 2003, it is hereby ORDERED that the stay in this case be extended to allow the parties time to finalize a settlement and submit a joint stipulation for the dismissal of the case with prejudice.

If the case does not settle prior to June 25, 2003, the parties shall submit a joint status report by that date, informing the Court of the status of the case. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the joint status report to Chambers the day the report is filed.

s/ Chief Judge Edward J. Damich