**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**INTERSTATE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No. 02-042C**
**(Judge Damich)**

**JOINT STATUS REPORT**

Pursuant to this Court's order dated April 25, 2003, the parties respectfully submit this joint status report regarding our efforts to amicably resolve this action during the stay period. As we indicated in our joint motion to stay, plaintiff has expressed its desire to resolve this matter amicably, following a production of certain cost information that is referenced in the complaint.

Accordingly, on March 26, 2003, defendant's counsel received from plaintiff certain cost information, which plaintiff had maintained pursuant to FAR clause 52.215-2 in support of its claim. While defendant's counsel and the Department of the Air Force, the Federal agency involved in this matter, have raised concerns with the sufficiency of the cost information provided, the parties are in agreement that the completion of the Defense Contract Audit Agency ("DCAA") audit for this matter may resolve those concerns. We are advised by the DCAA that it will complete its audit by July 11, 2003. We remain hopeful that this matter may be resolved after certain costs expended by plaintiff in

performing the contract at issue are verified. While DCAA completes its review of the cost information provided by plaintiff and the parties discuss its findings, the parties respectfully request that this matter remain stayed.

Assuming that a settlement is ultimately approved and accepted by both parties, we anticipate the filing of a joint stipulation for the dismissal of this case with prejudice. Additionally, should this action not be resolved by August 29, 2003, we recommend that defendant respond to plaintiff's complaint upon that date.

For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

/s/
BRYANT G. SNEE
Assistant Director

/s/
ROBERT E. THURBON, ESQ.
THURBON & MCHANEY, LP
2356 Gold Meadow Way
Suite 160
Gold River, CA 95670
Tel.: (916) 636-1840
Fax: (916) 638-7530

Attorneys for Plaintiff

June 23, 2003

/s/
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

Attorneys for Defendant

June 23, 2003

**CERTIFICATE OF FILING**

I hereby certify that on June 25, 2003, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Kent G. Huntington