# In the United States Court of Federal Claims

No. 02-42 C

(Filed: June 30, 2003)

***************************************
*
**INTERSTATE CONSTRUCTION, INC.**, *
a California Corporation, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
***************************************

**ORDER**

Pursuant to the Joint Status Report, received on June 25, 2003, it is hereby ORDERED that the stay in this case be extended to allow the parties time to finalize cost estimates, work out all remaining settlement details, and submit a joint stipulation for the dismissal of the case with prejudice.

If the case does not settle prior to August 29, 2003, the parties shall submit a joint status report by that date, informing the Court of the status of the case. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the joint status report to Chambers the day the report is filed.

s/ Chief Judge Edward J. Damich