**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 02-42C** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated June 30, 2003, the parties respectfully submit this joint status report regarding our efforts to amicably resolve this action during the stay period. As we indicated in our joint motion to stay, plaintiff has expressed its desire to resolve this matter amicably, following its production of certain cost information that is referenced in the complaint.

Following the Government's evaluation of that production, the parties conducted additional settlement discussions. Most recently, counsel for plaintiff and counsel for defendant discussed by telephone the amicable resolution of this case on August 26 and August 27, 2003. Counsel for plaintiff informed counsel for defendant that he would be forwarding plaintiff's proposed settlement offer to the defendant during the week of September 1, 2003. Assuming that the proposed settlement is ultimately approved and accepted by both sides, the parties anticipate filing a joint stipulation for the dismissal of this case with prejudice. Accordingly, a stay of further proceedings

pending the completion of settlement efforts is appropriate and in the interests of judicial economy.

For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably. The parties will provide the Court a status report on October 22, 2003, should this action not be dismissed by that date.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert E. Thurbon
ROBERT E. THURBON, ESQ.
THURBON & MCHANEY, LP
2356 Gold Meadow Way
Suite 160
Gold River, CA 95670
Tel.: (916) 636-1840
Fax: (916) 638-7530

Attorneys for Plaintiff

August 29, 2003

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988
Attorneys for Defendant

August 29, 2003

**CERTIFICATE OF FILING**

I hereby certify that on August 29, 2003, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington
Kent G. Huntington