# In the United States Court of Federal Claims

No. 02-42 C

(Filed: September 11, 2003)

**INTERSTATE CONSTRUCTION, INC.**, a California Corporation,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

## ORDER

Pursuant to the Joint Status Report, filed on August 29, 2003, it is hereby ORDERED that the stay in this case is extended to October 22, 2003.

This stay will allow Defendant time to review the settlement proposal that Plaintiff forwarded to Defendant during the week of September 1. If proposed settlement is accepted, parties will submit a joint stipulation for the dismissal of the case with prejudice.

If the case does not settle prior to October 22, 2003, the parties shall submit a joint status report by that date, informing the Court of the status of the settlement negotiations. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the joint status report to chambers the day the report is filed.

s/Chief Judge Edward J. Damich