**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 02-42C** <br> **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated September 11, 2003, the parties respectfully submit this joint status report regarding our efforts to amicably resolve this action during the stay period. As we indicated in our joint motion to stay, plaintiff has expressed its desire to resolve this matter amicably, following its production of certain cost information that is referenced in the complaint.

Following the Government's evaluation of that production, the parties conducted additional settlement discussions and, on September 9, 2003, counsel for plaintiff forwarded to counsel for defendant a letter formally offering to settle this litigation. On October 17, 2003, the Department of Air Force, the Federal agency involved in this matter, recommended that the offer be accepted and, on October 21, 2003, the Attorney General's authorized representative approved that recommendation. Accordingly, the parties respectfully request that the stay in this matter be continued to finalize the settlement agreement and for the parties to comply with its terms. Assuming that the

settlement agreement is ultimately approved and signed by both sides, the parties anticipate filing a joint stipulation for the dismissal of this case with prejudice. Accordingly, a stay of further proceedings pending the completion of the parties settlement efforts is appropriate and in the interests of judicial economy.

For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably. The parties will provide the Court a status report on December 19, 2003, should this action not be dismissed by that date.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert E. Thurbon
ROBERT E. THURBON, ESQ.
THURBON & MCHANEY, LP
2356 Gold Meadow Way
Suite 160
Gold River, CA 95670
Tel.: (916) 636-1840
Fax: (916) 638-7530

Attorneys for Plaintiff

October 22, 2003

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988
Attorneys for Defendant

October 22, 2003

**CERTIFICATE OF FILING**

I hereby certify that on October 22, 2003, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington
Kent G. Huntington