# In the United States Court of Federal Claims

No. 02-42 C

(Filed: November 7, 2003)

| | |
|---|---|
| **INTERSTATE CONSTRUCTION, INC.**, a California Corporation, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES**, | * |
| Defendant. | * |

## ORDER

Pursuant to the Joint Status Report, filed on October 22, 2003, it is hereby ORDERED that the stay in this case is extended to December 19, 2003.

This stay will allow Defendant time to finalize the settlement that has been approved by both the Department of the Air Force and the Attorney General.

If the case does not settle prior to December 19, 2003, the parties shall submit a joint status report by that date, informing the Court of the status of the settlement negotiations. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the joint status report to chambers the day the report is filed.

s/Chief Judge Edward J. Damich